**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**
**200 JEFFERSON, SUITE 400**
**MEMPHIS, TENNESSEE 38103**
**Telephone: (901) 544-3251 Facsimile: (901) 544-4138**

| | |
|---|---|
| **PAUL A. RANDOLPH,** | **SEAN M. HAYNES** |
| **ACTING U.S. TRUSTEE, REGION 8** | **ASST. U. S. TRUSTEE** |

## SETTING OF MEETING OF CREDITORS

**TO:** CLERK OF BANKRUPTCY COURT

19-22020   CAH ACQUISITION COMPANY 11, LLC            CHAPTER 11

Section 341 Meeting has been set for **Monday, April 8, 2019** at **200 JEFFERSON AVE., ROOM 175, MEMPHIS, TN 38103** at **1:00 P.M.**

                                        **PAUL A. RANDOLPH,**
                                        **ACTING U.S. TRUSTEE, REGION 8**

**DATED: March 11, 2019**