UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western _____ DIVISION

CASE NAME: **CAH Acquisition Company #11**

CASE NO: 19-22020-PJD

Monthly Operating Report for the Month Ending (month/day/year) January 31, 2020

For the period beginning (month,day) January 1 and ending (month,day) January 31

NAICS Industry Classification Code: 622110

---

**THIS REPORT IS TO BE FILED 15 DAYS AFTER THE END OF THE MONTH** -- The Debtor must attach each
of the following reports/documents unless the U.S. Trustee has waived the requirement in writing.

| Report Attached | Previously Waived | | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|---|
| Mark One Box for Each Required Document: | | | |
| x | ☐ | 1. | Bank Account Balance Statement (Form 2-AB) |
| ☐ | ☐ | 2. | Comparative Balance Sheet - Assets (Form 2-BA) |
| ☐ | ☐ | 3. | Comparative Balance Sheet - Liabilities (Form 2-BL) |
| ☐ | ☐ | 4. | Supporting Schedule I (Post-Petition Payables)(Form 2-BP) |
| ☐ | ☐ | 5. | Supporting Schedules II (A/R, Payments to Prof. and Principals)(Form 2-BR) |
| x | ☐ | 6. | Profit and Loss / Income Statement (Forms 2-E1 and 2-E2) |
| x | ☐ | 7. | Cash Flow Statement (Form 2-F) |
| x | ☐ | 8. | Cash Flow Summary (Form 2-FS) |
| x | ☐ | 9. | Detailed Listing of Receipts Statement (Form 2-G) |
| x | ☐ | 10. | Detailed Listing of Disbursements Statement (Form 2-H) |
| ☐ | ☐ | 11. | Supporting Schedules III (Property Transfers, Insurance Coverage & Quarterly Fee Summary)(Form 2-I) |
| x | ☐ | 12. | Narrative Questionnaire Statement (Form 2-J) |

**Documents Provided by Mail or E-Mail**

| | | | |
|---|---|---|---|
| x | ☐ | 13. | Bank Statements for All Bank Accounts (to be provided by mail to USTP when required) |
| x | ☐ | 14. | Bank Statement Reconciliations for all Bank Accounts (to be provided by mail to USTP when required) |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments hereto are true, accurate and correct to the best of my knowledge and belief. I further certify that the Monthly Operating Report has been filed with the Court.*

DEBTOR IN POSSESSION

Executed on: 3/18/20
Date

By: /s/ Marianna Williams (Signature)

Its: Court Appointed Debtor-In-Possession (Title)

Phone # : 731.221.2200

Printed Name: Marianna Williams

Form 2-A

Address: 326 Asbury Ave
Ripley, TN 38063

Rev. 8/2/16

## ADDENDUM TO ALL MONTHLY OPERATING REPORTS

CAH Acquisition Company 11, LLC (the "Debtor") is contemporaneously filing this Global Note (as defined below) as a supplement to and integral part of all its Monthly Operating Reports filed in the Bankruptcy Court for the Western District of Tennessee (the "Bankruptcy Court").

This Global Note, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Monthly Operating Reports (the "Global Notes") pertain to, are incorporated by reference into, and comprise an integral part of all Monthly Operating Reports, and should be reviewed in connection with any review of all Monthly Operating Reports.

All Monthly Operating Reports filed in this Bankruptcy Case are prepared and created by Cohesive Healthcare Management and Consulting as Manager for Debtor under a Management and Hospital Services Agreement (dated March 27, 2019). The Management Fees listed in the Profit and Loss Statement contained in Form 2-E2 (Part IV. General Expenses) are that amount asserted by Cohesive Healthcare Management and Consulting. Debtor does not acquiesce to the asserted amount in the Monthly Operating Reports by filing said report(s).

| DEBTOR: | CAH Acquisition Company #11 | | | | CASE NO: | 19-22020-PJD |

**Form 2-AB**
**BANK ACCOUNT BALANCE STATEMENT**
For Period Ending: January 31, 2020

**Bank Accounts**

| Account Name: | CASH ON HAND | Personal/ Operating | Tax | Payroll | | * |
|---|---|---|---|---|---|---|
| Bank Name: | | First Citizens | N/A | N/A | US Bank | |
| Account # (last 4 digits): | | 3414 | N/A | N/A | N/A | |

| | CASH ON HAND | Personal/ Operating | Tax | Payroll | | Grand Total ALL Accounts |
|---|---|---|---|---|---|---|
| Beginning Balance: | 0.00 | + 1,207,576.7 | + 0.00 | + 0.00 | + 275.62 | = 1,207,852.41 |
| Plus: Total Receipts (Attach Detailed List, Form 2-G) | 0.00 | + 1,579,442.0 | + 0.00 | + 0.00 | + 4,081.00 | 1,579,717.66 |
| Less: Total Disbursements (Attach Detailed List, Form 2-H) | 0.00 | + 1,668,664.9 | + 0.00 | + 0.00 | + 0.00 | 1,668,664.96 |

**Transfers Between Bank Accounts:**

| | CASH ON HAND | Personal/ Operating | Tax | Payroll | | Grand Total ALL Accounts |
|---|---|---|---|---|---|---|
| Transfers In | | 4,356.62 | | | | |
| (Transfers Out) | ( ) | ( ) | ( ) | ( ) | ( 4,356.62 ) | |
| Ending Balances: | | 1,122,710.4 | + | + | + 0.00 | = 1,122,710.49 |

*If the Debtor maintains more than four (4) accounts, attach additional Form 2-AB and identify the nature of the addition account(s) (Cash Collateral, Savings, etc.)

Notes:

Form 2-AB
Rev. 8/2/16

**CASE NAME:** CAH Acquisition Company #11                **CASE NO:** 19-22020 PJD

### Form 2-BA
### COMPARATIVE BALANCE SHEET STATEMENT
#### For Period Ending: January 31, 2020

| ASSETS | | Current Month | Petition Date (1) |
|---|---|---|---|
| 1. **Current Assets:** | | | |
| Cash (from Form 2-AB, Grand Total All Accounts) | $ | 1,122,710.49 | $ 1,067,328.50 |
| Total Accounts Receivable (from Form 2-BR) | | 21,963,962.3 | 0.00 |
| Less allowance for doubtful accounts (from Form 2-BR) | ( | 15,683,845.1 ) | ( 0.00 ) |
| Receivable from Officers, Employees, Affiliates | | 0.00 | 0.00 |
| Inventory | | 0.00 | 0.00 |
| Other Current Assets :(List) | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| Negotiable Instruments | | 0.00 | 0.00 |
| 2. **Current Assets Sub-Total** | $ | 7,402,827.74 | $ 1,067,328.50 |
| 3. **Fixed Assets:** | | | |
| Land | $ | 800,000.00 | $ 0.00 |
| Building | | 4,204,975.93 | 0.00 |
| Equipment, Furniture and Fixtures | | 940,674.48 | 0.00 |
| Vehicles | | 0.00 | 0.00 |
| 4. **Fixed Assets Sub-Total** | | 5,945,650.41 | |
| Less:  Accumulated Depreciation | ( | 889,691.25 ) | ( 0.00 ) |
| 5. **Net Fixed Assets** | $ | 5,055,959.16 | $ 0.00 |
| 6. **Current Assets Sub-Total** (from above 2. Current Assets Sub-Total) | | 12,458,786.9 | 1,067,328.50 |
| 7. **Other Assets (List):** | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| 8. **TOTAL ASSETS** | $ | 12,458,786.9 | $ 1,067,328.50 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
     listed on the Debtor's schedules.*

Form 2-BA
Rev. 8/2/16

**CASE NAME:**   CAH Acquisition Company #14   CASE NO:

### Form 2-BL
### COMPARATIVE BALANCE SHEET STATEMENT
**For Period Ending:**   January 31, 2020

| | | Current | Petition |
|---|---|---|---|
| **LIABILITIES** | | | |
| Post Petition Liabilities | | | |
| Post-petition Accounts Payable (from Form 2-BP) | $ | 5,182,438.26 | $ 0.00 |
| Post-petition Accrued Profesional Fees (from Form 2-BR) | | 0.00 | 0.00 |
| Post-petition Taxes Payable | | 0.00 | 0.00 |
| Post-petition Notes Payable | | 1,067,650.09 | 0.00 |
| Other Post-petition Payable(List):  Accrued Interest | | 176,455.78 | 40,444.26 |
| Accrued Liabilities | | 1,719,716.84 | 0.00 |
| **Post Petition Liabilities Sub-Total** | $ | 8,146,260.97 | $ 40,444.26 |
| Pre Petition Liabilities: | | | |
| Secured Debt (Schedule D, including amendments) | | 2,357,557.69 | 2,357,557.69 |
| Priority Debt (Schedule E, including amendments) | | 0.00 | 0.00 |
| Unsecured Debt (Schedule F, including amendments) | | 2,169,099.35 | 2,546,154.55 |
| **Pre Petition Liabilities Sub-Total** | $ | 4,526,657.04 | $ 0.00 |
| **TOTAL LIABILITIES (Sum of Pre Petition and Post Petition Liabilities)** | $ | 12,672,918.0 | $ 4,944,156.50 |
| **SHAREHOLDERS/OWNERS' EQUITY** | | | |
| Owner's/Stockholder's Equity (Preferred Stock) | $ | 0.00 | $ 0.00 |
| Owner's/Stockholder's Equity Common Stock) | | 0.00 | 0.00 |
| Paid In Capital | | 0.00 | 0.00 |
| Retained Earnings - Prepetition | | 1,172,562.87 | -3,876,828.0 |
| Retained Earnings - Post-petition | | -1,386,693.9 | 0.00 |
| **TOTAL OWNERS' EQUITY** | $ | -214,131.11 | $ -3,876,828.0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 12,458,786.9 | $ 1,067,328.50 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.*

Form 2-BL
Rev. 8/2/16

**DEBTOR:** <u>CAH Acquisition Company #11</u>

**CASE NO:** <u>19-22020 PJD</u>

**Form 2-BP**
**SUPPORTING SCHEDULES II**
**POST PETITION LIABILITIES AND PAYABLES STATEMENTS**
**For Period Ending:** <u>January 31, 2020</u>

| Type | Beginning Balance (1) | Amount Accrued | Date Due | 0-30 Days | 31-60 Days | Ending Balance |
|---|---|---|---|---|---|---|
| **Income Tax Withheld:** | | | | | | |
| Federal | 0.00 | 0.00 | | | | 0.00 |
| State | | | | | | |
| **FICA Tax Withheld** | | | | | | |
| Employee's FICA Tax | 0.00 | 0.00 | | | | 0.00 |
| Employer's FICA Tax | 0.00 | 0.00 | | | | 0.00 |
| **Unemployment Tax** | | | | | | |
| Federal | 955.37 | -955.37 | | | | |
| State | 2,052.22 | -2,052.2: | | | | |
| **Sales, Use & Excise Taxes** | | | | | | |
| **Property Taxes** | | | | | | |
| Real Estate | | | | | | |
| Personal Property | | | | | | |
| **Accrued Income Tax:** | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other: _____ | | | | | | |
| **TOTAL TAXES** $ | 3,007.59 | $ -3,007.5! | $ | $ | $ | |
| **POST-PETITION DEBTS** | | | | | | |
| Secured | 2,357,55 | | | | | |
| Priority | 1,067,65 | | | | | 1,067,650 |
| Unsecured | 2,197,95 | -28,860 | | -28,860. | -28,615.( | 2,169,099. |
| Accrued Interest Payable | | | | | | |
| **TRADE ACCOUNTS & OTHER PAYABLES** (list separately on additional sheets) | 4,836,31 | 346,123. | | 777,894. | 711,954. | 5,182,438.2 |

*(1) For first report, Beginning Balance will be $0;*
*thereafter, Beginning Balance will be Ending Balance from prior report.*

Form 2-BP
Rev. 8/2/16

DEBTOR:   CAH Acquisition Company #11                  CASE NO:   19-22020 PJD

**Form 2-BR**
**SUPPORTING SCHEDULES II**
**For Period Ending:** January 31, 2020

**ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING**

| **Due** | | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|---|
| Under 30 days | $ | 3,477,840.61 | $  777,894.65 |
| 30 to 60 days | | 1,901,476.83 | 711,954.89 |
| 61 to 90 days | | 1,683,695.20 | 509,545.96 |
| 91 to 120 days | | 1,760,993.25 | 543,624.86 |
| Over 120 days | | 13,139,956.49 | 2,639,417.90 |
| | | | |
| **Total Post Petition** | | 21,963,962.38 | 5,182,438.26 |
| | | | |
| **Pre Petition Amounts** | | 0.00 | |
| | | | |
| Total Accounts Receivable (to Form 2-BA) | $ | 21,963,962.38 | |
| Less: (Allowance for Doubtful Accounts) (to Form 2-BA) | ( | 15,683,845.13 ) | |
| **Net Accounts Receivable** | $ | 6,280,117.25 | |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ |

*\*Balance due to include fees and expenses incurred but not yet paid.*

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.  Including salaries, commissions, bonuses, etc.**
Form 2-BR
Rev. 8/2/16

**DEBTOR:**    <u>**CAH Acquisition Company #11**</u>    **CASE NO:**    <u>19-22020 PJD</u>

Form 2-E1
PROFIT AND LOSS STATEMENT
For Period Ending: <u>January 31, 2020</u>

|  | Current<br>Month | Accumulated<br>Total (1) |
|---|---|---|
| **I.  GROSS OPERATING REVENUES**<br>INCOME (LIST ALL SOURCES) | | |
| Patient Service Revenue | 3,645,401.0 | 13,948,338.0 |
| | | |
| | | |
| | | |
| **TOTAL GROSS INCOME** | | |
| Less: Discounts, Returns, and Allowances | ( 3,947,510.2 ) | ( 9,484,802.50 ) |
| **Net Operating Revenue** | -302,109.24 | 4,463,535.44 |
| **II.  COST OF GOODS SOLD** | ( _____ ) | ( _____ ) |
| **III.  GROSS PROFIT** | -302,109.24 | 4,463,535.44 |
| (Net Operating Revenue LESS Cost of Goods Sold) | | |

**IV.  GENERAL EXPENSES**

Operating Expenses

| | | |
|---|---|---|
| Compensation and Payroll<br>Officer/Management Compensation | 0.00 | |
| Payroll - Other Employees | 718,707.64 | 2,268,335.7 |
| Taxes<br>Taxes - Payroll | 62,745.87 | 152,930.84 |
| Taxes - Real Property | | |
| Taxes - Personal Property (Ad Valorem) | | |
| Taxes - Sales | | |
| Taxes - Other _____ | | |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*
Form 2-E1
Rev. 8/2/16

DEBTOR:        **CAH Acquisition Company #11**        CASE NO:    19-22020 PJD

Form 2-E2
**PROFIT AND LOSS STATEMENT (Cont'd)**
**For Period Ending:** January 31, 2020

| | | Current Month | Accumulated Total (1) |
|---|---|---|---|
| **IV.** | **GENERAL EXPENSES** | | |
| | General | | |
| | License Fees | 0.00 | 0.00 |
| | Insurance | 75,042.77 | 81,147.15 |
| | Depreciation / Amoritization | 12,177.71 | 48,710.84 |
| | Rents and Leases (Real Estate) | 0.00 | 0.00 |
| | Rents and Leases (Personal Property) | 26,799.82 | 99,016.31 |
| | Maintenance and Repairs | 0.00 | 11,253.00 |
| | Supplies | 100,325.45 | 493,682.61 |
| | Telephone | 1,477.58 | 5,612.13 |
| | Utilities | 29,212.17 | 115,303.87 |
| | Travel and Entertainment Expenses | 0.00 | 0.00 |
| | Vehicle Expenses | 0.00 | 0.00 |
| | Legal | 0.00 | 0.00 |
| | Other | | |
| | Other: Bank Fees | 1,728.39 | 6,199.54 |
| | Other: Purchased Services | 171,813.30 | 662,799.51 |
| | Other: Contract Labor | 160,993.54 | 551,838.20 |
| | Other: Management Fees | 250,000.00 | 1,000,000.00 |
| | Other: Miscellaneous | 0.00 | 12,354.89 |
| | Other: Restructure Fees | 182,220.50 | 197,924.50 |
| | Other: Interest Expense | 24,234.45 | 94,804.26 |
| **V.** | **TOTAL EXPENSES** | 1,817,479.1 | 5,801,913.36 |
| **VI.** | **NET INCOME OR (LOSS)** | -2,119,588. | -1,338,377.9 |

(Gross Profit LESS Total Expenses)

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Form 2-E2
Rev. 8/2/16

CASE NAME: CAH Acquisition Company #11          CASE NO: 19-22020 PJD

Form 2-F
CASH FLOW STATEMENT
For Period Ending: January 31, 2020

| | Accumulated |
|---|---|
| **1. CASH FLOWS FROM OPERATING ACTIVITIES:** | |
| **Income (Loss) From Operations** | -1,338,377. |
| Adjustments to reconcile net income (loss) from operations to net cash provided by (used in) operating activities | |
| Patient Receipts (Pre and Post Petition) | 4,873,897.5 |
| Allowance for contractual adjustments and bad debt | 643,785.04 |
| Change in accounts receivable | -4,490,461. |
| Change in Accounts Payable/Accrued Liabilities | 1,524,547.4 |
| Change in Payroll Tax accrual | -61,072.02 |
| NET CASH PROVIDED BY (USED IN) OPERATING BUSINESS | 1,152,319.1 |
| **2. CASH FLOWS FROM INVESTING ACTIVITIES** | |
| Capital Additions | 0.00 |
| NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES | 0.00 |
| **3. CASH FLOWS FROM FINANCING ACTIVITIES** | |
| Loan Advances | 0.00 |
| Change in Medicare Loans | -113,981.65 |
| Change in accrued interest | 50,123.03 |
| NET CASH PROVIDED BY (USED IN) FINANCING ACTIVITIES | -58,858.62 |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | 1,093,460.4 |
| CASH AND CASH EQUIVALENTS, BEGINNING OF PERIOD | 29,250.00 |
| CASH AND CASH EQUIVALENTS, END OF PERIOD | 1,122,710.4 |

Form 2-F
Rev. 8/2/16

**CASE NAME:**  CAH Acquisition Company #11          **CASE NO:**   19-22020 PJD

**Form 2-FS**
**CASH FLOW SUMMARY**
For Period Ending:  January 31, 2020

| CASH FLOW SUMMARY | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 1,207,852.41 (2) | $ | 29,250.00 (1) |
| (From Form 2-B-AB (Grand Total Beginning Balance)) | | | | |
| **2. Receipts** | | | | |
| Operations | | 1,583,523.04 | | 5,038,612.41 |
| Sale of Assets | | 0.00 | | 0.00 |
| Other | | 0.00 | | 200,000.00 |
| **Total Cash Receipts** | $ | 1,583,523.04 | $ | 5,238,612.41 |
| **3. Disbursements** | | | | |
| Operations | | 1,668,664.96 | | 4,145,151.92 |
| Debt Service/Secured loan payment | | | | |
| Professional fees/U.S. Trustee fees | | | | |
| Other | | | | |
| Total Cash Disbursements | $ | 1,668,664.96 | $ | 4,145,151.92 |
| **4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)** | | -85,141.92 | | 1,093,460.49 |
| **5. Ending Cash Balance (must equal Cash on Form 2-BA)** | $ | 1,122,710.49 (2) | $ | 1,122,710.49 (2) |
| (must equal Grand Total All Accounts Ending Balance, Form 2-AB) | | | | |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*(2) Current month beginning cash balance should equal the previous month's ending balance.*

Form 2-FS
Rev. 8/2/16

CASE NAME:   **CAH Acquisition Company #11**      CASE NO:      19-22020 PJD

**Form 2-G**
**DETAILED LISTING OF RECEIPTS STATEMENT**
For Period Ending: January 31, 2020

**CASH RECEIPTS DETAIL**                    Account No:
*(ONE FORM 2-G FOR EACH BANK ACCOUNT, PETTY CASH, ETC.)*
*(attach additional sheets as necessary) -- Continuation Sheet _____ of _____*

| Date | Received From (Payer) | For (Description) | $ Amount |
|------|----------------------|-------------------|----------|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  | Sub Total Receipts this Page | $ |
|  |  | **Grand Total Receipts this Account** | $ _____ (1) |

*(1)  Grand Totals for each account should agree with total receipts listed on Form 2-AB*
**Form 2-G**
**Rev. 8/2/16**

CASE NAME: **CAH Acquisition Company #11**          CASE NO: 19-22020 PJD

**Form 2-H**
**DETAILED LISTING OF DISBURSEMENTS STATEMENT**
For Period Ending: January 31, 2020

**DETAIL OF DISBURSEMENTS**                  Account No.: _____
*(USE ONE FORM 2-H FOR EACH SEPARATE BANK ACCOUNT, PETTY CASH, ETC.)*
*(attach additional sheets as necessary) -- Continuation Sheet _____ of _____*

| Date | Check No. | Paid To | In Payment of (Purpose) | Amount |
|------|-----------|---------|-------------------------|--------|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | Sub Total Disbursements this Page | $ |
| | | | **Grand Total Disbursements this Account** | $ _____ (1) |

*(1)  Grand Totals for each account should agree with total disbursements listed on Form 2-AB*
**Form 2-H**
**Rev. 8/2/16**

DEBTOR: ___CAH Acquisition Company #11___        CASE NO: ___19-22020-PJD___

Form 2-I
**SUPPORTING SCHEDULES III**
**PROPERTY TRANSFER, INSURANCE COVERAGE & QUARTERLY FEES STATEMENT**
For the Period Ending:  ___January 31, 2020___

### *TRANSFER OF PROPERTY POST-PETITION*

Has any property of the Debtor been sold or otherwise transferred other than in the ordinary course of the Debtor's business?

___X___  NO
_____  YES, If yes, Complete the Following (Add Additional Sheets if Necessary)

| DESCRIPTION OF PROPERTY | To Whom Transferred | Transfer Date | Gross Value | Net Monies Received |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### *INSURANCE SCHEDULE*

| | Carrier | Policy # | Expiration Date | Amount of Coverage | Premium Amounts | Date Coverage Paid Through |
|---|---|---|---|---|---|---|
| Workers' Comp | Insurance remains same as pre-petition | | | $ | $ | |
| General Liability | Insurance remains same as pre-petition | | | $ | $ | |
| Property (Fire, Theft) | Insurance remains same as pre-petition | | | $ | $ | |
| Casualty | Insurance remains same as pre-petition | | | $ | $ | |
| Vehicle | Insurance remains same as pre-petition | | | $ | $ | |
| Other (list): | Insurance remains same as pre-petition | | | $ | $ | |
| Home Owners: | Insurance remains same as pre-petition | | | $ | $ | |

### *QUARTERLY FEES SUMMARY**

| Month | Total Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|
| **PRESENT QUARTER** | | | | |
| _____ | $ | | | |
| _____ | $ | | | |
| _____ | $ | | | |
| **TOTAL PRESENT QUARTER** | $ | $ | | |
| **PREVIOUS QUARTER** | | | | |
| October | $ 895,551.93 | | | |
| November | $ 658,799.38 | | | |
| December | $ 947,859.61 | | | |
| **TOTAL PREVIOUS QUARTER** | $ | $ | | |

*  This Summary is to reflect the current and immediately previous Quarterly Fee information cumulative to the end of the reporting period.
** Should agree with Form 2-AB.  Disbursements are net of transfers to other Debtor-In-Possession bank accounts.

Form 2-I
Rev. 8/2/16

DEBTOR: CAH Acquisition Company #11          CASE NO: 19-22020-PJD

Form 2-J
**NARRATIVE QUESTIONNAIRE STATEMENT**
For Period Ending January 31, 2020

I.   Has the Debtor-In-Possession made any payments on its pre-petition unsecured debt, except for that which has been
so authorized by the Bankruptcy Court?

X        No.
         Yes. Explain: _____

II.  Has the Debtor-In-Possession during this reporting period provided compensation or other remuneration to any
Officers, Directors, Principals, or Other Insiders without appropriate authorization and disclosure?

X        No.
         Yes. Explain: _____

III. State what progress was made during this reporting period toward the filing of a Disclosure Statement and Plan
of Reorganization or Liquidation.

Debtor-in-possession (DIP) has identified potential purchasers of business, DIP has created a due diligence portal for potential buyers.

DIP is now receiving CMS receivables.  DIP expects the bidding dates will be revised within the next sixty (60) days.

IV.  Describe potential future developments which may have a significant impact on this bankruptcy case.

N/A

V.   Are all Post-Petition tax obligations currently paid or deposited?

X        Yes.
         No. Explain.: _____

VI.  Are all United States Trustee Quarterly Fees current?

X        Yes.    Last Quarter Paid: _____    Amount Paid: $ _____
         No. Explain.: _____

VII. Did you receive any income during this reporting period, which is not set forth in the operating report?

X        No.
         Yes.  Please set forth the amount(s) and the source(s) of the income.

Form 2-J
Rev. 8/2/16

# FIRST CITIZENS
## NATIONAL BANK

MEMBER FDIC
P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

00003939-0019537-0001-0007-FIMR8004070131204730

Page:                1 of 13

**CAH ACQUISITION COMPANY 11 LLC**
**BY MARIANNA WILLIAMS RECEIVER**
**PO BOX H**
**DYERSBURG TN 38025**

ACCOUNT ANALYSIS
Account Number:
Statement Date:          1/31/20
Branch:                  001
Checks/Items Enclosed:    17

Out with the Old, In with the New
Have you moved or changed your phone number?
Do you have a new email address?
Update contact information through Online Banking
or by visiting any of our financial centers.

CHECKING                CAH ACQUISITION COMPANY 11 LLC        Acct    2773414

| | | |
|---|---|---|
| Beginning Balance | 1/01/20 | 1,224,776.00 |
| Deposits / Misc Credits | 172 | 6,699,901.14 |
| Withdrawals / Misc Debits | 30 | 7,924,577.14 |
| ** Ending Balance | 1/31/20 | 100.00 ** |
| Service Charge | | .00 |
| Average Balance | | 1,131,508 |
| Average Collected Balance | | 1,119,260 |
| Minimum Balance | | 100 |
| Enclosures | | 17 |

- - - - - - - - -          Miscellaneous Credits          - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 1/02 | 907.32 | | AARP Supplementa/HCCLAIMPMT<br>TRN*1*1496707669*1362739571*000036273\ |
| 1/02 | 940.00 | | UMR/HCCLAIMPMT<br>TRN*1*496384243*1391995276*0000UMR01\ |
| 1/02 | 9,527.79 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2019122912200253*1363379945*000095<br>378\ |
| 1/02 | 21,067.13 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3454379*1571062326*000010311~ |
| 1/02 | 70,884.86 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3454298*1571062326*000010311~ |
| 1/03 | 4,892.89 | | HUMANA INS CO/EFPAYMENT<br>TRN*1*001290047980614*1391263473\ |
| 1/03 | 73,656.13 | | Worldpay/NET SETlMT<br>Worldpay      NET SETlMT    54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/03 | 67.41 | | UnitedHealthcare/HCCLAIMPMT<br>TRN*1*1497133421*1411289245*000087726\ |
| 1/03 | 852.50 | | UMR/HCCLAIMPMT<br>TRN*1*496816853*1391995276*0000UMR01\ |
| 1/03 | 3,903.98 | | UNITEDHEALTHCARE/HCCLAIMPMT<br>TRN*1*1TR49478839*1411289245*000087726\ |
| 1/03 | 4,225.25 | | UMR/HCCLAIMPMT<br>TRN*1*496816852*1391995276*0000UMR01\ |



# THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS

Telephone us at 800-321-3176
OR 731-285-4410
OR Write us at
First Citizens National Bank
Customer Service Department
P.O. Box 370
Dyersburg, TN 38025-0370

soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

Tell us your name and account number (if any). Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The above procedures do not apply to Health savings accounts.

If you have made arrangements to have direct deposits made to your account, you may call us at 1-321-3176, or 731-285-4410. Customer Service Department, during regular banking hours to find whether or not the deposit has been made.

Billing Rights Summary ● Home Equity Line
In case of Errors or Questions About Your Bill
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. In your letter give us the following information:
Your name and account number.
The dollar amount of the suspected error.
Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

Any other information (such as your address) which you think will help us to identify you or the reason why you believe there is an error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

Notice of Billing Errors/Inquiries
Send notice of billing errors and inquiries to the address shown above. You may telephone us at our phone number shown above, but doing so will not preserve your billing error rights.

**CHECKS OUTSTANDING - NOT CHARGED TO ACCOUNT**

| NO. | $ |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

BANK BALANCE SHOWN ON THIS STATEMENT  $_____

ADD +
DEPOSITS NOT CREDITED IN THIS STATEMENT
TOTAL        (IF ANY)  $_____

SUBTRACT
CHECKS OUTSTANDING    $_____

BALANCE        $_____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE AND ADDING INTEREST (IF ANY) SHOWN ON THIS STATEMENT.

## HOW FINANCE CHARGES ARE COMPUTED

Finance charges begin to accrue immediately when we make a loan to you. To figure the finance charge for a billing cycle, we apply a daily periodic rate of finance charge to the "principal balance" of your loan account each day.

To figure the "principal balance" for each day, we first take your loan account balance at the beginning of the day and subtract any unpaid finance charges and credit insurance premiums (if any) that are due. Next we subtract the portion of any payments or credits received that day which apply to the repayment of your loans. (A portion of each payment you make is applied to finance charges and credit insurance premiums, if any.) Then we add any new loans made that day. The final figure is the "principal balance."

## What To Do If You Think You Find A Mistake On Your Open-End Line of Credit Statement

If you think there is an error on your statement, write to us at:
First Citizens National Bank
PO Box 370
Dyersburg, TN 38025-0370
In your letter, give us the following information:
● Account information: Your name and account number.
● Dollar amount: The dollar amount of the suspected error.
● Description of the problem: if you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
● We cannot try to collect the amount in question, or report you as delinquent on that amount.
● The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
● While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
● We can apply any unpaid amount against your credit limit.

By holding a transaction account with First Citizens National Bank, you agree to examine promptly the periodic statement(s) and accompanying items we prepare for you and to notify us within a reasonable time—not to exceed 30 calendar days from the date your statement is made available or sent to you - about any forgeries, material alterations, unauthorized signatures, incorrectly posted transactions or other mistakes affecting the account. The 30 day limitation does not apply to electronic transfers involving consumer accounts (as explained at top left).

# FIRST CITIZENS
## NATIONAL BANK

MEMBER FDIC

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                    2 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number:         
Statement Date:         1/31/20

- - - - - - - - - - - - -    Miscellaneous Credits    - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/03 | 5,534.73 | | AETNA AS01/HCCLAIMPMT TRN*1*819364000174921*1066033492\ |
| 1/03 | 45,945.84 | | A/B MAC PT A TN/HCCLAIMPMT TRN*1*EFT3455010*1571062326*000010311~ |
| 1/06 | 112.56 | | UnitedHealthcare/HCCLAIMPMT TRN*1*1497673675*1411289245*000087726\ |
| 1/06 | 161.20 | | UHC PLAN OF THE/HCCLAIMPMT TRN*1*2020010314700192*1363379945*000095 378\ |
| 1/06 | 537.65 | | UHC PLAN OF THE/HCCLAIMPMT TRN*1*2020010311600815*1363379945*000095 378\ |
| 1/06 | 705.80 | | UHC PLAN OF THE/HCCLAIMPMT TRN*1*2020010112500146*1363379945*000095 378\ |
| 1/06 | 1,304.29 | | UHC PLAN OF THE/HCCLAIMPMT TRN*1*2020010215600850*1363379945*000095 378\ |
| 1/06 | 5,404.70 | | UMR/HCCLAIMPMT TRN*1*497077417*1391995276*0000UMR01\ |
| 1/06 | 7,965.11 | | UHC PLAN OF THE/HCCLAIMPMT TRN*1*2020010117100613*1363379945*000095 378\ |
| 1/06 | 13,808.06 | | A/B MAC PT A TN/HCCLAIMPMT TRN*1*EFT3455737*1571062326*000010311~ |
| 1/06 | 19,893.23 | | A/B MAC PT A TN/HCCLAIMPMT TRN*1*EFT3455816*1571062326*000010311~ |
| 1/06 | 23,599.83 | | UHC PLAN OF THE/HCCLAIMPMT TRN*1*2020010214700036*1363379945*000095 378\ |
| 1/07 | 49,611.02 | | DEPOSIT |
| 1/07 | 182.91 | | UnitedHealthcare/HCCLAIMPMT TRN*1*1498062608*1411289245*000087726\ |
| 1/07 | 210.41 | | HUMANA INS CO/HCCLAIMPMT TRN*1*001290048037861*1391263473\ |
| 1/07 | 530.48 | | HUMANA INS CO/HCCLAIMPMT TRN*1*001290048037862*1391263473\ |
| 1/07 | 985.92 | | AETNA AS01/HCCLAIMPMT TRN*1*820002000060609*1066033492\ |
| 1/07 | 1,122.89 | | UNITED BEHAVIORA/HCCLAIMPMT TRN*1*1498062131*1411289245*000087726\ |
| 1/07 | 3,447.32 | | A/B MAC PT A TN/HCCLAIMPMT TRN*1*EFT3456635*1571062326*000010311~ |
| 1/07 | 25,047.33 | | A/B MAC PT A TN/HCCLAIMPMT TRN*1*EFT3456470*1571062326*000010311~ |
| 1/07 | 70,007.73 | | A/B MAC PT A TN/HCCLAIMPMT TRN*1*EFT3456396*1571062326*000010311~ |

# FIRST CITIZENS
## NATIONAL BANK

MEMBER FDIC

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                    3 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number:        
Statement Date:        1/31/20

- - - - - - - - - - - - - -        Miscellaneous Credits        - - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/08 | 20.00 | | Worldpay/NET SETLMT<br>Worldpay        NET SETLMT    54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/08 | 39.25 | | HUMANA INS CO/HCCLAIMPMT<br>TRN*1*001290048055657*1391263473\ |
| 1/08 | 624.51 | | AETNA A04/HCCLAIMPMT<br>TRN*1*820003000020377*1066033492\ |
| 1/08 | 919.39 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020010515800128*1363379945*000095<br>378\ |
| 1/08 | 3,117.16 | | HUMANA INS CO/HCCLAIMPMT<br>TRN*1*001290048055658*1391263473\ |
| 1/08 | 7,255.64 | | AETNA AS01/HCCLAIMPMT<br>TRN*1*820003000020389*1066033492\ |
| 1/08 | 11,164.64 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3456995*1571062326*000010311~ |
| 1/09 | 42.36 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020010813100583*1363379945*000095<br>378\ |
| 1/09 | 108.61 | | AETNA AS01/HCCLAIMPMT<br>TRN*1*820006000166790*1066033492\ |
| 1/09 | 150.00 | | United HealthCar/BCCLAIMPMT<br>TRN*1*1SG06739830*1411289245*000087726\ |
| 1/09 | 164.26 | | HUMANA INS CO/HCCLAIMPMT<br>TRN*1*001290048071475*1391263473\ |
| 1/09 | 312.80 | | UNITEDHEALTHCARE/HCCLAIMPMT<br>TRN*1*1TR49980405*1411289245*000087726\ |
| 1/09 | 1,477.96 | | AARP Supplementa/HCCLAIMPMT<br>TRN*1*9498633425*1362739571*000036273\ |
| 1/09 | 1,905.44 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020010810700423*1363379945*000095<br>378\ |
| 1/09 | 2,152.26 | | UMR/HCCLAIMPMT<br>TRN*1*498567154*1391995276*0000UMR01\ |
| 1/10 | 275.62 | | DEPOSIT |
| 1/10 | 70.00 | | STATE-TN PAYMNTS/TN PAYMNTS |
| 1/10 | 110.62 | | STATE-TN PAYMNTS/BCCLAIMPMT<br>TRN*1*104951730*K626001445\ |
| 1/10 | 164.26 | | HUMANA INS CO/HCCLAIMPMT<br>TRN*1*001290048082761*1391263473\ |
| 1/10 | 522.40 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020010917200448*1363379945*000095<br>378\ |
| 1/10 | 1,162.32 | | UMR/HCCLAIMPMT<br>TRN*1*498826319*1391995276*0000UMR01\ |
| 1/10 | 1,778.41 | | AETNA H09/HCCLAIMPMT<br>TRN*1*160107200413220*1066033492\ |
| 1/10 | 2,293.32 | | HUMANA INS CO/HCCLAIMPMT<br>TRN*1*001290048082762*1391263473\ |

# FIRST CITIZENS
## NATIONAL BANK

MEMBER FDIC

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                    4 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number:    
Statement Date:       1/31/20

- - - - - - - - - - - - - -        Miscellaneous Credits        - - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/10 | 8,023.66 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020010916400213*1363379945*000095<br>378\ |
| 1/10 | 9,272.27 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3458017*1571062326*000010311~ |
| 1/10 | 39,348.02 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3457938*1571062326*000010311~ |
| 1/13 | 14,100.26 | | DEPOSIT |
| 1/13 | 20.00 | | STATE-TN PAYMNTS/TN PAYMNTS |
| 1/13 | 228.17 | | Worldpay/NET SETLMT<br>Worldpay        NET SETLMT    54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/13 | 506.60 | | Worldpay/NET SETLMT<br>Worldpay        NET SETLMT    54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/13 | 58.78 | | HUMANA INS CO/HCCLAIMPMT<br>TRN*1*001290048096060*1391263473\ |
| 1/13 | 782.24 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011012500260*1363379945*000095<br>378\ |
| 1/13 | 3,587.82 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011010800117*1363379945*000095<br>378\ |
| 1/13 | 18,190.85 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3458788*1571062326*000010311~ |
| 1/14 | 80,267.72 | | DEPOSIT |
| 1/14 | 40.00 | | STATE-TN PAYMNTS/TN PAYMNTS |
| 1/14 | 53.93 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011114400094*1363379945*000095<br>378\ |
| 1/14 | 111.71 | | CARITEN HP/HCCLAIMPMT<br>TRN*1*010560011599075*1621579044\ |
| 1/14 | 571.00 | | AARP Supplementa/HCCLAIMPMT<br>TRN*1*9499693036*1362739571*000036273\ |
| 1/14 | 2,537.49 | | HUMANA INS CO/HCCLAIMPMT<br>TRN*1*001290048118271*1391263473\ |
| 1/14 | 7,951.77 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3459519*1571062326*000010311~ |
| 1/14 | 45,864.16 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3459441*1571062326*000010311~ |
| 1/15 | 20.00 | | STATE-TN PAYMNTS/TN PAYMNTS |
| 1/15 | 458.60 | | Worldpay/NET SETLMT<br>Worldpay        NET SETLMT    54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/15 | 84.72 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011212200038*1363379945*000095<br>378\ |
| 1/15 | 93.27 | | AETNA AS01/HCCLAIMPMT<br>TRN*1*820010000266517*1066033492\ |

# FIRST CITIZENS
## NATIONAL BANK

MEMBER FDIC

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                    5 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number:     ▓▓▓▓▓▓
Statement Date:        1/31/20

– – – – – – – – – – – – –        Miscellaneous Credits        – – – – – – – – – – – –

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/15 | 930.12 | | AETNA AS01/HCCLAIMPMT<br>TRN*1*820010000266523*1066033492\ |
| 1/15 | 1,538.13 | | AARP Supplementa/HCCLAIMPMT<br>TRN*1*9500017418*1362739571*000036273\ |
| 1/15 | 11,069.25 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3459908*1571062326*000010311~ |
| 1/15 | 16,280.79 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3459975*1571062326*000010311~ |
| 1/16 | 20.00 | | STATE-TN PAYMNTS/TN PAYMNTS |
| 1/16 | 267.59 | | Erie Insurance E/HCCLAIMPMT<br>TRN*1*11500626758*1251232960*0000ERIE1\ |
| 1/16 | 632.13 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3460403*1571062326*000010311~ |
| 1/16 | 750.38 | | HUMANA INS CO/HCCLAIMPMT<br>TRN*1*00129004820706*1391263473\ |
| 1/16 | 900.40 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011511400328*1363379945*000095<br>378\ |
| 1/16 | 957.97 | | UMR/HCCLAIMPMT<br>TRN*1*500289282*1391995276*0000UMR01\ |
| 1/16 | 3,370.92 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011516300037*1363379945*000095<br>378\ |
| 1/16 | 3,753.99 | | UNITEDHEALTHCARE/HCCLAIMPMT<br>TRN*1*1TR50437323*1411289245*000087726\ |
| 1/16 | 4,141.86 | | AARP Supplementa/HCCLAIMPMT<br>TRN*1*9500605630*1362739571*000036273\ |
| 1/16 | 4,603.50 | | UMR/HCCLAIMPMT<br>TRN*1*500289283*1391995276*0000UMR01\ |
| 1/17 | 20.00 | | STATE-TN PAYMNTS/TN PAYMNTS |
| 1/17 | 55.00 | | Worldpay/NET SETLMT<br>Worldpay      NET SETLMT   54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/17 | 97.96 | | STATE-TN PAYMNTS/HCCLAIMPMT<br>TRN*1*104961818*K626001445\ |
| 1/17 | 758.87 | | UMR/HCCLAIMPMT<br>TRN*1*500689104*1391995276*0000UMR01\ |
| 1/17 | 2,344.44 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011613100010*1363379945*000095<br>378\ |
| 1/17 | 4,266.17 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011615701005*1363379945*000095<br>378\ |
| 1/17 | 4,932.51 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3460957*1571062326*000010311~ |
| 1/21 | 209.49 | | DEPOSIT |
| 1/21 | 82,567.63 | | DEPOSIT |

# FIRST CITIZENS
## NATIONAL BANK

MEMBER FDIC

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                    6 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number:        
Statement Date:        1/31/20

- - - - - - - - - - -      Miscellaneous Credits      - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/21 | 109.76 | | Worldpay/NET SETLMT |
| | | | Worldpay       NET SETLMT   54292980466 |
| | | | 8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/21 | 375.20 | | Worldpay/NET SETLMT |
| | | | Worldpay       NET SETLMT   54292980466 |
| | | | 8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/21 | 630.01 | | UMR MARTEN TRANS/HCCLAIMPMT |
| | | | TRN*1*501093598*1391995276*0000UMR01\ |
| 1/21 | 4,729.94 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020011712200057*1363379945*000095 |
| | | | 378\ |
| 1/21 | 7,731.64 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020011715700205*1363379945*000095 |
| | | | 378\ |
| 1/21 | 30,993.89 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3461754*1571062326*000010311~ |
| 1/21 | 49,988.16 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3461830*1571062326*000010311~ |
| 1/22 | 654.01 | | Worldpay/NET SETLMT |
| | | | Worldpay       NET SETLMT   54292980466 |
| | | | 8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/22 | 22.10 | | UnitedHealthcare/HCCLAIMPMT |
| | | | TRN*1*1501521248*1411289245*000087726\ |
| 1/22 | 705.32 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020011816900111*1363379945*000095 |
| | | | 378\ |
| 1/22 | 1,810.00 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020011813400245*1363379945*000095 |
| | | | 378\ |
| 1/22 | 28,690.63 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3462660*1571062326*000010311~ |
| 1/22 | 44,276.98 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3462588*1571062326*000010311~ |
| 1/23 | 50.00 | | Worldpay/NET SETLMT |
| | | | Worldpay       NET SETLMT   54292980466 |
| | | | 8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/23 | 162.24 | | AETNA H09/HCCLAIMPMT |
| | | | TRN*1*160120200270118*1066033492\ |
| 1/23 | 310.26 | | AETNA AS01/HCCLAIMPMT |
| | | | TRN*1*820017000159181*1066033492\ |
| 1/23 | 423.18 | | AARP Supplementa/HCCLAIMPMT |
| | | | TRN*1*9501805144*1362739571*000036273\ |
| 1/23 | 1,502.28 | | HUMANA INS CO/HCCLAIMPMT |
| | | | TRN*1*001290048315337*1391263473\ |
| 1/23 | 1,543.28 | | UNITEDHEALTHCARE/HCCLAIMPMT |
| | | | TRN*1*1TR50910449*1411289245*000087726\ |
| 1/23 | 1,586.97 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020012215500518*1363379945*000095 |
| | | | 378\ |



**FIRST CITIZENS**
NATIONAL BANK

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                7 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number:        
Statement Date:        1/31/20

- - - - - - - - - - -        Miscellaneous Credits        - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/23 | 1,812.75 | | UHC Insurance Co/HCCLAIMPMT<br>TRN*1*1TR50831651*1201902768*000087726\ |
| 1/23 | 4,327.20 | | UMR/HCCLAIMPMT<br>TRN*1*501659398*1391995276*0000UMR01\ |
| 1/23 | 7,364.87 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020012210500183*1363379945*000095<br>378\ |
| 1/23 | 8,750.19 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020011912600193*1363379945*000095<br>378\ |
| 1/23 | 24,893.43 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3463352*1571062326*000010311~ |
| 1/23 | 76,356.78 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3463610*1571062326*000010311~ |
| 1/24 | 1,364.00 | | Worldpay/NET SETLMT<br>Worldpay        NET SETLMT    54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/24 | 56.48 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020012310600078*1363379945*000095<br>378\ |
| 1/24 | 2,569.55 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020012315200723*1363379945*000095<br>378\ |
| 1/24 | 3,827.25 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3464181*1571062326*000010311~ |
| 1/27 | 3,319.60 | | DEPOSIT |
| 1/27 | 114,755.83 | | DEPOSIT |
| 1/27 | 40.00 | | STATE-TN PAYMNTS/TN PAYMNTS |
| 1/27 | 325.97 | | Worldpay/NET SETLMT<br>Worldpay        NET SETLMT    54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/27 | 500.00 | | Worldpay/NET SETLMT<br>Worldpay        NET SETLMT    54292980466<br>8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/27 | 50.00 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020012415801085*1363379945*000095<br>378\ |
| 1/27 | 164.26 | | UnitedHealthcare/HCCLAIMPMT<br>TRN*1*1502832515*1411289245*000087726\ |
| 1/27 | 191.17 | | UnitedHealthcare/HCCLAIMPMT<br>TRN*1*1502831487*1411289245*000087726\ |
| 1/27 | 618.52 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020012413200481*1363379945*000095<br>378\ |
| 1/27 | 5,939.40 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3465004*1571062326*000010311~ |
| 1/27 | 31,871.02 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3464928*1571062326*000010311~ |

# FIRST CITIZENS
## NATIONAL BANK

MEMBER FDIC

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                          8 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number: 
Statement Date:        1/31/20

– – – – – – – – – – – – –     Miscellaneous Credits     – – – – – – – – – – –

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/28 | 12,906.95 | | DEPOSIT |
| 1/28 | 80.40 | | AARP Supplementa/HCCLAIMPMT |
| | | | TRN*1*9503090230*1362739571*000036273\ |
| 1/28 | 111.20 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020012514600545*1363379945*000095 |
| | | | 378\ |
| 1/28 | 162.24 | | HUMANA INS CO/HCCLAIMPMT |
| | | | TRN*1*001290048422631*1391263473\ |
| 1/28 | 7,978.36 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3465570*1571062326*000010311~ |
| 1/28 | 42,063.14 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3465495*1571062326*000010311~ |
| 1/29 | 200.00 | | Worldpay/NET SETLMT |
| | | | Worldpay       NET SETLMT    54292980466 |
| | | | 8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/29 | 1,647,355.06 | | DAILY SWEEP DD XXXXXX1402 |
| | | | Includes Interest of 24.75 |
| 1/29 | 362.88 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020012610900134*1363379945*000095 |
| | | | 378\ |
| 1/29 | 475.92 | | AETNA AS01/HCCLAIMPMT |
| | | | TRN*1*820024000227392*1066033492\ |
| 1/29 | 4,272.83 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3466183*1571062326*000010311~ |
| 1/29 | 54,510.78 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3466109*1571062326*000010311~ |
| 1/30 | 671.01 | | Worldpay/NET SETLMT |
| | | | Worldpay       NET SETLMT    54292980466 |
| | | | 8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/30 | 1,705,606.27 | | DAILY SWEEP DD XXXXXX1402 |
| | | | Includes Interest of 25.63 |
| 1/30 | 496.18 | | UNITEDHEALTHCARE/HCCLAIMPMT |
| | | | TRN*1*1TR51388312*1411289245*000087726\ |
| 1/30 | 500.00 | | United HealthCar/HCCLAIMPMT |
| | | | TRN*1*1SG06855561*1411289245*000087726\ |
| 1/30 | 739.37 | | AARP Supplementa/HCCLAIMPMT |
| | | | TRN*1*9503840702*1362739571*000036273\ |
| 1/30 | 1,364.00 | | UMR/HCCLAIMPMT |
| | | | TRN*1*503768834*1391995276*0000UMR01\ |
| 1/30 | 1,477.48 | | UMR/HCCLAIMPMT |
| | | | TRN*1*503768833*1391995276*0000UMR01\ |
| 1/30 | 5,092.76 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020012911701062*1363379945*000095 |
| | | | 378\ |
| 1/30 | 9,166.24 | | UHC PLAN OF THE/HCCLAIMPMT |
| | | | TRN*1*2020012914800664*1363379945*000095 |
| | | | 378\ |
| 1/30 | 15,496.95 | | A/B MAC PT A TN/HCCLAIMPMT |
| | | | TRN*1*EFT3466639*1571062326*000010311~ |

**FIRST CITIZENS**
NATIONAL BANK

MEMBER FDIC

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                    9 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number: 
Statement Date:              1/31/20

- - - - - - - - - - - -  Miscellaneous Credits    - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/30 | 22,782.79 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3466714*1571062326*000010311~ |
| 1/31 | 1,763,416.77 | | DAILY SWEEP DD XXXXXX1402<br>Includes Interest of 26.50 |
| 1/31 | 88.34 | | STATE-TN PAYMNTS/HCCLAIMPMT<br>TRN*1*104982757*K626001445\ |
| 1/31 | 518.04 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020013014900294*1363379945*000095<br>378\ |
| 1/31 | 7,317.97 | | UMR/HCCLAIMPMT<br>TRN*1*504093760*1391995276*0000UMR01\ |
| 1/31 | 8,090.20 | | UHC PLAN OF THE/HCCLAIMPMT<br>TRN*1*2020013015600071*1363379945*000095<br>378\ |
| 1/31 | 15,496.95 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3467101*1571062326*000010311~ |
| 1/31 | 26,188.30 | | A/B MAC PT A TN/HCCLAIMPMT<br>TRN*1*EFT3467179*1571062326*000010311~ |

- - - - - - - - - - - -  Miscellaneous Debits    - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/06 | | 73.89 | Worldpay/MTHCHGS<br>MERCH BANKCARD 542929804668275 LAUDERDAL<br>E COMMUNITY HOSP |
| 1/09 | | 1.43 | Worldpay/MTHCHGS<br>MERCH BANKCARD 542929804668275 LAUDERDAL<br>E COMMUNITY HOSP |
| 1/13 | | 8.27 | Worldpay/MTHCHGS<br>MERCH BANKCARD 542929804668275 LAUDERDAL<br>E COMMUNITY HOSP |
| 1/13 | | 17.88 | Worldpay/MTHCHGS<br>MERCH BANKCARD 542929804668275 LAUDERDAL<br>E COMMUNITY HOSP |
| 1/16 | | 4.99 | FIRSTCNB/CM FEES |
| 1/16 | | 16.40 | Worldpay/MTHCHGS<br>MERCH BANKCARD 542929804668275 LAUDERDAL<br>E COMMUNITY HOSP |
| 1/21 | | 3.17 | Worldpay/MTHCHGS<br>MERCH BANKCARD 542929804668275 LAUDERDAL<br>E COMMUNITY HOSP |
| 1/21 | | 5.71 | Worldpay/MTHCHGS<br>MERCH BANKCARD 542929804668275 LAUDERDAL<br>E COMMUNITY HOSP |
| 1/21 | | 15.24 | Worldpay/MTHCHGS<br>MERCH BANKCARD 542929804668275 LAUDERDAL<br>E COMMUNITY HOSP |

# FIRST CITIZENS
## NATIONAL BANK
MEMBER FDIC

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                    10 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number:         
Statement Date:         1/31/20

- - - - - - - - - - - - - -        Miscellaneous Debits        - - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 1/23 |          | 26.71       | Worldpay/MTHCHGS MERCH BANKCARD 542929804668275 LAUDERDALE COMMUNITY HOSP |
| 1/24 |          | 1.50        | Worldpay/MTHCHGS MERCH BANKCARD 542929804668275 LAUDERDALE COMMUNITY HOSP |
| 1/27 |          | 6.86        | Worldpay/MTHCHGS MERCH BANKCARD 542929804668275 LAUDERDALE COMMUNITY HOSP |
| 1/27 |          | 13.35       | Worldpay/MTHCHGS MERCH BANKCARD 542929804668275 LAUDERDALE COMMUNITY HOSP |
| 1/27 |          | 52.91       | Worldpay/MTHCHGS MERCH BANKCARD 542929804668275 LAUDERDALE COMMUNITY HOSP |
| 1/28 |          | 1,647,330.31 | Trnsfr to CHECKING Acct Ending in 1402 |
| 1/29 |          | 1,705,580.64 | Trnsfr to CHECKING Acct Ending in 1402 |
| 1/30 |          | 2.78        | Worldpay/MTHCHGS MERCH BANKCARD 542929804668275 LAUDERDALE COMMUNITY HOSP |
| 1/30 |          | 1,763,390.27 | Trnsfr to CHECKING Acct Ending in 1402 |
| 1/31 |          | 25,951.93   | BENE:TRUSS LLC TRN:P202001310037824 |
| 1/31 |          | 26.67       | Worldpay/MTHCHGS MERCH BANKCARD 542929804668275 LAUDERDALE COMMUNITY HOSP |
| 1/31 |          | 30.00       | Worldpay/NET SETLMT Worldpay      NET SETLMT  54292980466 8275  LAUDERDALE COMMUNITY HOSPBC |
| 1/31 |          | 1,176,178.68 | Trnsfr to CHECKING Acct Ending in 1402 |

- - - - - - - - - - - - - - -        Paid Checks        - - - - - - - - - - - -
* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| 1/03 | 1410 | 379,929.54 | 1/22 | 1414 | 1,477.58 | 1/31 | 1422* | 182,220.50 |
| 1/10 | 1411 | 132,936.88 | 1/24 | 1415 | 90,648.89 | 1/31 | 1423 | 436,708.79 |
| 1/17 | 1413* | 380,318.54 | 1/29 | 1417* | 1,596.83 |      |      |      |

- - - - - - - - - - - - - - -        Daily Balance Summary        - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/02 | 1,328,103.10 | 1/08 | 1,334,957.43 | 1/14 | 1,446,200.06 |
| 1/03 | 1,087,252.29 | 1/09 | 1,341,269.69 | 1/15 | 1,476,674.94 |
| 1/06 | 1,160,670.83 | 1/10 | 1,271,353.71 | 1/16 | 1,496,052.29 |
| 1/07 | 1,311,816.84 | 1/13 | 1,308,802.28 | 1/17 | 1,128,208.70 |

# FIRST CITIZENS
## NATIONAL BANK

*A MEMBER FDIC*

P.O. Box 370 • Dyersburg TN 38025-0370
www.FirstCNB.com

**Return Service Requested**

Page:                    11 of 13

CAH ACQUISITION COMPANY 11 LLC

Account Number:        ▬▬▬▬▬
Statement Date:        1/31/20

- - - - - - - - - - - -        Daily Balance Summary        - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/21 | 1,305,520.30 | 1/24 | 1,426,425.37 | 1/29 | 100.00 |
| 1/22 | 1,380,201.76 | 1/27 | 1,584,128.02 | 1/30 | 100.00 |
| 1/23 | 1,509,258.48 | 1/28 | 100.00 | 1/31 | 100.00 |

# First Citizens National Bank



| Account | |
| --- | --- |
| Statement Date | 01/31/20 |
| Page | 12 of 13 |

CHECKING DEPOSIT
514.00
Jan 7, 2020
NAME: Loud. Comm. Hosp.
49097.02
ACCOUNT NUMBER
NET DEPOSIT $ 49611.02
01/07/2020    Serial#    Amount $49,611.02



CHECKING DEPOSIT
Amount $ 3,319.60
01/27/2020    Serial#    Amount $3,319.60

CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025
275.62
DATE 1/10/2020
First Citizens National Bank
275.62
- 0 -
27562
01/10/2020    Serial#    Amount $275.62



CHECKING DEPOSIT
Jan. 27, 2020
Loud. Comm. Hosp.
114755 83
ACCOUNT NUMBER
NET DEPOSIT $ 114755.83
01/27/2020    Serial#    Amount $114,755.83

DEPOSIT TICKET
DEPOSIT TO THE ACCOUNT OF:
ACCOUNT NAME: CAH Acquisition Company
DATE: 1/13/2020
14100.26
- 0 -
14100.26
01/13/2020    Serial#    Amount $14,100.26

CHECKING DEPOSIT
Amount $ 12,906.95
01/28/2020    Serial#    Amount $12,906.95

CHECKING DEPOSIT
85434
Jan. 14, 2020
Loud. Comm. Hosp.
7941338
ACCOUNT NUMBER
NET DEPOSIT $ 80267.72
01/14/2020    Serial#    Amount $80,267.72

CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025
1410
DATE 1/3/20
PAY TO THE ORDER OF Cohesive Healthcare $ 379929 54
Three hundred seventy nine thousand nine hundred...
FIRST CITIZENS NATIONAL BANK
VOID No. 2000
1410
01/03/2020    Serial# 1410    Amount $379,929.54

DEPOSIT TICKET
DEPOSIT TO THE ACCOUNT OF:
ACCOUNT NAME: CAH Acquisition
DATE: 1/21/2020
4794
11 55
50 70
- 0 -
209.49
01/21/2020    Serial#    Amount $209.49

CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025
1411
DATE 1/9/2020
PAY TO THE ORDER OF Cohesive Healthcare $ 132936 88
One hundred thirty two thousand nine hundred...
FIRST CITIZENS NATIONAL BANK
1411
01/10/2020    Serial# 1411    Amount $132,936.88

CHECKING DEPOSIT
711 83
Jan. 21, 2020
Loud. Comm. Hosp.
81855 80
ACCOUNT NUMBER
NET DEPOSIT $ 82567.63
01/21/2020    Serial#    Amount $82,567.63

CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025
1413
DATE 1/16/2020
PAY TO THE ORDER OF Cohesive Healthcare $ 380318 54
Three hundred eighty thousand three hundred eighteen...
FIRST CITIZENS NATIONAL BANK
01/17/2020    Serial# 1413    Amount $380,318.54



**First Citizens National Bank**

| Account | |
|---|---|
| Statement Date | 01/31/20 |
| Page | 13 of 13 |



CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025

1414

DATE 1/17/20

PAY TO THE ORDER OF Aeneas    $ 1477.58

Fourteen hundred seventy-seven and 58/100

FIRST CITIZENS NATIONAL BANK
Dyersburg, TN 38025

1414

01/22/2020   Serial# 1414   Amount $1,477.58

---

CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025

1415

DATE 1/23/2020

PAY TO THE ORDER OF Cohesive Healthcare    $ 90,648.89

Ninety thousand six hundred forty-eight and 89/100

FIRST CITIZENS NATIONAL BANK
Dyersburg, TN 38025

1415

01/24/2020   Serial# 1415   Amount $90,648.89

---

CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025

1417

DATE 1/28/2020

PAY TO THE ORDER OF Tencom    $ 1596.83

Fifteen hundred ninety-six and 83/100

FIRST CITIZENS NATIONAL BANK
Dyersburg, TN 38025

computers    1417

01/29/2020   Serial# 1417   Amount $1,596.83

---

CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025

1422

DATE 1/29/2020

PAY TO THE ORDER OF Baker Donelson    $ 182,220.50

One hundred eighty-two thousand two hundred twenty and 50/100

FIRST CITIZENS NATIONAL BANK
Dyersburg, TN 38025

atty fees & expenses    1422

01/31/2020   Serial# 1422   Amount $182,220.50

---

TELLER NO. 2000

CAH ACQUISITION 11 LLC
BY MARIANNA WILLIAMS RECEIVER
PO BOX H
DYERSBURG, TN 38025

1423

DATE 1/30/2020

PAY TO THE ORDER OF Cohesive Healthcare    $ 436,708.79

Four hundred thirty-six thousand seven hundred eight and 79/100

FIRST CITIZENS NATIONAL BANK
Dyersburg, TN 38025

1423

01/31/2020   Serial# 1423   Amount $436,708.79