UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western       DIVISION

**CASE NAME:** **CAH Acquisition Company #11**     **CASE NO:** 19-22020-PJD

Monthly Operating Report for the Month Ending (month/day/year) February 29, 2020

For the period beginning (month,day) February 1    and ending (month,day) February 29

**NAICS Industry Classification Code:** 622110

***THIS REPORT IS TO BE FILED 15 DAYS AFTER THE END OF THE MONTH*** -- The Debtor must attach each
of the following reports/documents unless the U.S. Trustee has waived the requirement in writing.

| Report Attached | Previously Waived | | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|---|
| Mark One Box for Each Required Document: | | | |
| [x] | [ ] | 1. | Bank Account Balance Statement (Form 2-AB) |
| [ ] | [ ] | 2. | Comparative Balance Sheet - Assets (Form 2-BA) |
| [ ] | [ ] | 3. | Comparative Balance Sheet - Liabilities (Form 2-BL) |
| [ ] | [ ] | 4. | Supporting Schedule I (Post-Petition Payables)(Form 2-BP) |
| [ ] | [ ] | 5. | Supporting Schedules II (A/R, Payments to Prof. and Principals)(Form 2-BR) |
| [x] | [ ] | 6. | Profit and Loss / Income Statement (Forms 2-E1 and 2-E2) |
| [x] | [ ] | 7. | Cash Flow Statement (Form 2-F) |
| [x] | [ ] | 8. | Cash Flow Summary (Form 2-FS) |
| [x] | [ ] | 9. | Detailed Listing of Receipts Statement (Form 2-G) |
| [ ] | [ ] | 10. | Detailed Listing of Disbursements Statement (Form 2-H) |
| [ ] | [ ] | 11. | Supporting Schedules III (Property Transfers, Insurance Coverage & Quarterly Fee Summary)(Form 2-I) |
| [x] | [ ] | 12. | Narrative Questionnaire Statement (Form 2-J) |

**Documents Provided by Mail or E-Mail**

| | | | |
|---|---|---|---|
| [x] | [ ] | 13. | Bank Statements for All Bank Accounts (to be provided by mail to USTP when required) |
| [x] | [ ] | 14. | Bank Statement Reconciliations for all Bank Accounts (to be provided by mail to USTP when required) |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments hereto are true, accurate and correct to the best of my knowledge and belief. I further certify that the Monthly Operating Report has been filed with the Court.*

DEBTOR IN POSSESSION

**Executed on:** 4/3/20
Date

**By:** /s/ Marianna Williams     (Signature)

**Its:** Court Appointed Debtor-In-Possession     (Title)

**Phone # :** 731.221.2200

**Printed Name:** Marianna Williams

**Form 2-A**

**Address:** 326 Asbury Ave
Ripley, TN 38063

**Rev. 8/2/16**

## ADDENDUM TO ALL MONTHLY OPERATING REPORTS

CAH Acquisition Company 11, LLC (the "Debtor") is contemporaneously filing this Global Note (as defined below) as a supplement to and integral part of all its Monthly Operating Reports filed in the Bankruptcy Court for the Western District of Tennessee (the "Bankruptcy Court").

This Global Note, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Monthly Operating Reports (the "Global Notes") pertain to, are incorporated by reference into, and comprise an integral part of all Monthly Operating Reports, and should be reviewed in connection with any review of all Monthly Operating Reports.

All Monthly Operating Reports filed in this Bankruptcy Case are prepared and created by Cohesive Healthcare Management and Consulting as Manager for Debtor under a Management and Hospital Services Agreement (dated March 27, 2019 and as extended and modified on or about April 1, 2020). The Management Fees listed in the Profit and Loss Statement contained in Form 2-E2 (Part IV. General Expenses) are that amount asserted by Cohesive Healthcare Management and Consulting. Debtor does not acquiesce to the asserted amount in the Monthly Operating Reports by filing said report(s).

Required: Attach a copy of all bank statements for the month

**DEBTOR:** **CAH Acquisition Company #11**

**CASE NO:** 19-22020 PJD

Form 2-AB
**BANK ACCOUNT BALANCE STATEMENT**
For Period Ending: **February 29, 2020**

**Bank Accounts**

| Account Name: | CASH ON HAND | Personal/ Operating | Tax | Payroll | * |
|---|---|---|---|---|---|
| Bank Name: | | First Citizens National Bank | N/A | N/A | US Bank |
| Account # (last 4 digits): | | 3414 | N/A | N/A | N/A |

| | CASH ON HAND | Personal/ Operating | Tax | Payroll | * | Grand Total ALL Accounts |
|---|---|---|---|---|---|---|
| **Beginning Balance:** | 0.00 | 1,122,710.4 | 0.00 | 0.00 | 0.00 | 1,122,710.49 |
| **Plus: Total Receipts** (Attach Detailed List, Form 2-G) | 0.00 | 1,184,481.4 | 0.00 | 0.00 | 0.00 | 1,184,481.46 |
| **Less: Total Disbursements** (Attach Detailed List, Form 2-H) | 0.00 | 2,009,007.7 | 0.00 | 0.00 | 0.00 | 2,009,007.72 |
| **Transfers Between Bank Accounts** | | | | | | |
| **Transfers In** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **(Transfers Out)** | ( 0.00 ) | ( 0.00 ) | ( 0.00 ) | ( 0.00 ) | ( 0.00 ) | |
| **Ending Balances:** | 0.00 | 298,184.23 | 0.00 | 0.00 | 0.00 | 298,184.23 |

*If the Debtor maintains more than four (4) accounts, attach additional Form 2-AB and identify the nature of the additional account(s) (Cash Collateral, Savings, etc.)

Notes:

Form 2-AB
Rev. 8/2/16

CASE NAME: CAH Acquisition Company CASE NO: 19-22024 PJD

**Form 2-BA**
**COMPARATIVE BALANCE SHEET STATEMENT**
**For Period Ending:** February 29, 2020

|  | Current Month | Petition Date (1) |
|---|---|---|
| *ASSETS* | | |
| **1. Current Assets:** | | |
| Cash (from Form 2-AB, Grand Total All Accounts) | $ 298,184.23 | $ 1,067,328.50 |
| Total Accounts Receivable (from Form 2-BR) | 19,912,299.0 | 0.00 |
| Less allowance for doubtful accounts (from Form 2-BR) | ( 16,420,170.5 ) | ( 0.00 ) |
| Receivable from Officers, Employees, Affiliates | 0.00 | 0.00 |
| Inventory | 0.00 | 0.00 |
| Other Current Assets :(List) | 0.00 | 0.00 |
|  | 0.00 | 0.00 |
| Negotiable Instruments | 0.00 | 0.00 |
| **2. Current Assets Sub-Total** | $ 3,790,312.75 | $ 1,067,328.50 |
| **3. Fixed Assets:** | | |
| Land | $ 800,000.00 | $ 0.00 |
| Building | 4,204,975.93 | 0.00 |
| Equipment, Furniture and Fixtures | 940,674.48 | 0.00 |
| Vehicles | 0.00 | 0.00 |
| **4. Fixed Assets Sub-Total** | 5,945,650.41 | |
| Less: Accumulated Depreciation | ( 901,868.96 ) | ( 0.00 ) |
| **5. Net Fixed Assets** | $ 5,043,781.45 | $ 0.00 |
| **6. Current Assets Sub-Total (from above 2. Current Assets Sub-Total)** | 3,790,312.75 | 1,067,328.50 |
| **7. Other Assets (List):** | 0.00 | 0.00 |
|  | 0.00 | 0.00 |
| **8. TOTAL ASSETS** | $ 8,834,094.20 | $ 1,067,328.50 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values*
*listed on the Debtor's schedules.*

Form 2-BA
Rev. 8/2/16

**Form 2-BL**
## COMPARATIVE BALANCE SHEET STATEMENT
**For Period Ending:** February 29, 2020

|  |  | Current | | Petition |
|---|---|---|---|---|
| *LIABILITIES* | | | | |
| Post Petition Liabilities | | | | |
| Post-petition Accounts Payable (from Form 2-BP) | $ | 5,061,443.30 | $ | 0.00 |
| Post-petition Accrued Profesional Fees (from Form 2-BR) | | 0.00 | | 0.00 |
| Post-petition Taxes Payable | | 0.00 | | 0.00 |
| Post-petition Notes Payable | | 1,067,650.09 | | 0.00 |
| Other Post-petition Payable(List): Accrued Interest | | 191,134.55 | | 40,444.26 |
| Accrued Liabilities | | 588,325.74 | | 0.00 |
| **Post Petition Liabilities Sub-Total** | $ | 6,908,553.68 | $ | 40,444.26 |
| Pre Petition Liabilities: | | | | |
| Secured Debt (Schedule D, including amendments) | | 2,357,557.69 | | 2,357,557.69 |
| Priority Debt (Schedule E, including amendments) | | 0.00 | | 0.00 |
| Unsecured Debt (Schedule F, including amendments) | | 2,701,878.71 | | 2,546,154.55 |
| **Pre Petition Liabilities Sub-Total** | $ | 5,059,436.40 | $ | 0.00 |
| **TOTAL LIABILITIES (Sum of Pre Petition and Post Petition Liabilities)** | $ | 11,967,990.0 | $ | 4,944,156.50 |
| *SHAREHOLDERS/OWNERS' EQUITY* | | | | |
| Owner's/Stockholder's Equity (Preferred Stock) | $ | 0.00 | $ | 0.00 |
| Owner's/Stockholder's Equity Common Stock) | | 0.00 | | 0.00 |
| Paid In Capital | | 0.00 | | 0.00 |
| Retained Earnings - Prepetition | | 1,172,562.87 | | -3,876,828.0 |
| Retained Earnings - Post-petition | | -4,306,458.7 | | 0.00 |
| **TOTAL OWNERS' EQUITY** | $ | -3,133,895.8 | $ | -3,876,828.0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 8,834,094.20 | $ | 1,067,328.50 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.*
Form 2-BL
Rev. 8/2/16

| | | |
|---|---|---|
| DEBTOR: | **CAH Acquisition Company #11** | CASE NO:   19-22020 PJD |

**Form 2-BP**
**SUPPORTING SCHEDULES II**
**POST PETITION LIABILITIES AND PAYABLES STATEMENTS**
**For Period Ending:** February 29, 2020

| Type | Beginning Balance (1) | Amount Accrued | Date Due | 0-30 Days | 31-60 Days | Ending Balance |
|---|---|---|---|---|---|---|
| **Income Tax Withheld:** | | | | | | |
| Federal | 0.00 | 0.00 | | | | 0.00 |
| State | | | | | | |
| **FICA Tax Withheld** | | | | | | |
| Employee's FICA Tax | 0.00 | 0.00 | | | | 0.00 |
| Employer's FICA Tax | 0.00 | 0.00 | | | | 0.00 |
| **Unemployment Tax** | | | | | | |
| Federal | 0.00 | 0.00 | | | | |
| State | 0.00 | 0.00 | | | | |
| **Sales, Use & Excise Taxes** | | | | | | |
| **Property Taxes** | | | | | | |
| Real Estate | | | | | | |
| Personal Property | | | | | | |
| **Accrued Income Tax:** | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other: _____ | | | | | | |
| **TOTAL TAXES** $ | $ | $ | $ | $ | $ | |
| **POST-PETITION DEBTS** | | | | | | |
| Secured | 2,357,55 | | | | | |
| Priority | 1,067,65 | | | | | 1,067,650 |
| Unsecured | 2,730,98 | -29,106 | | -29,106. | -28,860.0 | 2,701,878 |
| Accrued Interest Payable | | | | | | |
| **TRADE ACCOUNTS & OTHER PAYABLES** | 5,258,82 | 197,381. | | 652,941. | 614,278. | 5,061,443.3 |

(list separately on additional sheets)

*(1)  For first report, Beginning Balance will be $0;*
*     thereafter, Beginning Balance will be Ending Balance from prior report.*

**Form 2-BP**
**Rev. 8/2/16**

DEBTOR:   CAH Acquisition Company #11                    CASE NO:      19-22020 PJD

**Form 2-BR**
**SUPPORTING SCHEDULES II**
For Period Ending: February 29, 2020

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | | Accounts Receivable | | Post Petition Accounts Payable |
|---|---|---|---|---|
| Under 30 days | $ | 3,530,619.53 | $ | 652,941.95 |
| 30 to 60 days | | 1,811,994.11 | | 614,278.94 |
| 61 to 90 days | | 1,370,375.35 | | 587,549.17 |
| 91 to 120 days | | 1,464,011.90 | | 535,002.56 |
| Over 120 days | | 11,735,298.13 | | 2,671,670.68 |
| **Total Post Petition** | | 19,912,299.02 | | 5,061,443.30 |
| **Pre Petition Amounts** | | 0.00 | | |
| Total Accounts Receivable (to Form 2-BA) | $ | 19,912,299.02 | | |
| Less: (Allowance for Doubtful Accounts) (to Form 2-BA) | ( | 16,420,170.50 | ) | |
| **Net Accounts Receivable** | $ | 3,492,128.52 | | |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ |

*\*Balance due to include fees and expenses incurred but not yet paid.*

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\*

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director. Including salaries, commissions, bonuses, etc.

Form 2-BR
Rev. 8/2/16

DEBTOR:        **CAH Acquisition Company #11**        CASE NO:    19-22020 PJD

**Form 2-E1**
**PROFIT AND LOSS STATEMENT**
For Period Ending: February 29, 2020

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| **I.    GROSS OPERATING REVENUES** | | |
| INCOME (LIST ALL SOURCES) | | |
| Patient Service Revenue | 3,327,065.0 | 17,275,403.0 |
| Other Revenue | 1,045.70 | 1,045.70 |
| | | |
| | | |
| | | |
| **TOTAL GROSS INCOME** | | |
| Less: Discounts, Returns, and Allowances | ( 2,230,595.8 ) | ( 11,715,398.4 ) |
| **Net Operating Revenue** | 1,097,514.8 | 5,561,050.3( |
| | | |
| **II.    COST OF GOODS SOLD** | ( _____ ) | ( _____ ) |
| **III.   GROSS PROFIT** | 1,097,514.8 | 5,561,050.3( |
| (Net Operating Revenue LESS Cost of Goods Sold) | | |
| **IV.    GENERAL EXPENSES** | | |
| Operating Expenses | | |
| Compensation and Payroll | | |
| Officer/Management Compensation | 0.00 | |
| Payroll - Other Employees | 482,429.25 | 2,750,764.9( |
| Taxes | | |
| Taxes - Payroll | 36,532.50 | 189,463.34 |
| Taxes - Real Property | | |
| Taxes - Personal Property (Ad Valorem) | | |
| Taxes - Sales | | |
| Taxes - Other | | |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*
Form 2-E1
Rev. 8/2/16

| DEBTOR: | CAH Acquisition Company #11 | CASE NO: | 19-22020 PJD |

**Form 2-E2**
**PROFIT AND LOSS STATEMENT (Cont'd)**
For Period Ending: February 29, 2020

**IV. GENERAL EXPENSES**

| | Current Month | Accumulated Total (1) |
|---|---|---|
| General License Fees | 0.00 | 0.00 |
| Insurance | 24,676.46 | 105,823.61 |
| Depreciation / Amoritization | 12,177.71 | 60,888.55 |
| Rents and Leases (Real Estate) | 0.00 | 0.00 |
| Rents and Leases (Personal Property) | 10,656.85 | 109,673.16 |
| Maintenance and Repairs | 0.00 | 11,253.00 |
| Supplies | 88,015.54 | 581,698.15 |
| Telephone | 1,384.26 | 6,996.39 |
| Utilities | 31,339.03 | 146,642.90 |
| Travel and Entertainment Expenses | 0.00 | 0.00 |
| Vehicle Expenses | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 |
| Other Other: Bank Fees | 1,098.16 | 7,297.70 |
| Other: Purchased Services | 161,267.65 | 824,067.16 |
| Other: Contract Labor | 108,382.94 | 660,221.14 |
| Other: Management Fees | 250,000.00 | 1,250,000.00 |
| Other: Miscellaneous | 0.00 | 12,354.89 |
| Other: Restructure Fees | 182,220.50 | 380,145.00 |
| Other: Interest Expense | 23,987.89 | 118,792.15 |
| **V. TOTAL EXPENSES** | 1,414,168.7 | 7,216,082.1( |
| **VI. NET INCOME OR (LOSS)** | -316,653.88 | -1,655,031.8 |

(Gross Profit LESS Total Expenses)

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Form 2-E2
Rev. 8/2/16

CASE NAME: **CAH Acquisition Company #11**          CASE NO: **19-22020 PJD**

Form 2-F
**CASH FLOW STATEMENT**
For Period Ending: February 29, 2020

| | Accumulated |
|---|---|
| 1. **CASH FLOWS FROM OPERATING ACTIVITIES:** | |
| **Income (Loss) From Operations** | -1,655,031. |
| Adjustments to reconcile net income (loss) from operations to net cash provided by (used in) operating activities | |
| Patient Receipts (Pre and Post Petition) | 6,057,333. |
| Allowance for contractual adjustments and bad debt | 3,166,876.7 |
| Change in accounts receivable | -8,381,389. |
| Change in Accounts Payable/Accrued Liabilities | 893,542.86 |
| Depreciation | 60,888.55 |
| **NET CASH PROVIDED BY (USED IN) OPERATING BUSINESS** | 142,220.83 |
| 2. **CASH FLOWS FROM INVESTING ACTIVITIES** | |
| Capital Additions | 0.00 |
| **NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES** | 0.00 |
| 3. **CASH FLOWS FROM FINANCING ACTIVITIES** | |
| Loan Advances | 200,000.00 |
| Change in Medicare Loans | -143,088.29 |
| Change in accrued interest | 69,801.80 |
| **NET CASH PROVIDED BY (USED IN) FINANCING ACTIVITIES** | 126,713.51 |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | 268,934.34 |
| CASH AND CASH EQUIVALENTS, BEGINNING OF PERIOD | 29,249.89 |
| CASH AND CASH EQUIVALENTS, END OF PERIOD | 298,184.23 |

Form 2-F
Rev. 8/2/16

**CASE NAME:** <u>CAH Acquisition Company #11</u>    **CASE NO:**    <u>19-22020 PJD</u>

**Form 2-FS**
**CASH FLOW SUMMARY**
For Period Ending: <u>February 29, 2020</u>

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| 1. **Beginning Cash Balance** (From Form 2-B-AB (Grand Total Beginning Balance)) | $ 1,122,710.38 (2) | $ 29,249.89 (1) |
| 2. **Receipts** | | |
| Operations | 1,184,481.46 | 6,223,093.87 |
| Sale of Assets | 0.00 | 0.00 |
| Other | 0.00 | 200,000.00 |
| **Total Cash Receipts** | $ 1,184,481.46 | $ 6,423,093.87 |
| 3. **Disbursements** | | |
| Operations | 2,009,007.72 | 6,154,159.64 |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ 2,009,007.72 | $ 6,154,159.64 |
| 4. **Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)** | -824,526.26 | 268,934.23 |
| 5. **Ending Cash Balance (must equal Cash on Form 2-BA)** (must equal Grand Total All Accounts Ending Balance, Form 2-AB) | $ 298,184.12 (2) | $ 298,184.12 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*(2) Current month beginning cash balance should equal the previous month's ending balance.*

Form 2-FS
Rev. 8/2/16

**CASE NAME:**    CAH Acquisition Company #11        **CASE NO:**      19-22020 PJD

**Form 2-G**
**DETAILED LISTING OF RECEIPTS STATEMENT**
For Period Ending:  February 29, 2020

**CASH RECEIPTS DETAIL**                    **Account No:**

*(ONE FORM 2-G FOR EACH BANK ACCOUNT, PETTY CASH, ETC.)*
*(attach additional sheets as necessary) – Continuation Sheet _____ of _____*

| Date | Received From (Payer) | For (Description) | $ Amount |
|------|----------------------|-------------------|----------|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Sub Total Receipts this Page | $ |
| | | **Grand Total Receipts this Account** | $ _____ (1) |

*(1)  Grand Totals for each account should agree with total receipts listed on Form 2-AB*
Form 2-G
Rev. 8/2/16

CASE NAME: CAH Acquisition Company #11          CASE NO: 19-22020 PJD

**Form 2-H**
**DETAILED LISTING OF DISBURSEMENTS STATEMENT**
For Period Ending: February 29, 2020

**DETAIL OF DISBURSEMENTS**                     Account No.: 

*(USE ONE FORM 2-H FOR EACH SEPARATE BANK ACCOUNT, PETTY CASH, ETC.)*
*(attach additional sheets as necessary) -- Continuation Sheet _____ of _____*

| Date | Check No. | Paid To | In Payment of (Purpose) | Amount |
|------|-----------|---------|-------------------------|--------|
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  | Sub Total Disbursements this Page | $ |
|  |  |  | **Grand Total Disbursements this Account** | $ _____ (1) |

*(1) Grand Totals for each account should agree with total disbursements listed on Form 2-AB*
**Form 2-H**
**Rev. 8/2/16**

**DEBTOR:** CAH Acquisition Company #11    **CASE NO:** 19-22020 PJD

**Form 2-I**
**SUPPORTING SCHEDULES III**
**PROPERTY TRANSFER, INSURANCE COVERAGE & QUARTERLY FEES STATEMENT**
**For the Period Ending:** February 29, 2020

### *TRANSFER OF PROPERTY POST-PETITION*

Has any property of the Debtor been sold or otherwise transferred other than in the ordinary course of the Debtor's business?

_____  NO
_____  YES, If yes, Complete the Following (Add Additional Sheets if Necessary)

| DESCRIPTION OF PROPERTY | To Whom Transferred | Transfer Date | Gross Value | Net Monies Received |
|---|---|---|---|---|
| ------------------------------ | -------------------------- | ------------------ | ------------------ | ------------------------ |
| ------------------------------ | -------------------------- | ------------------ | ------------------ | ------------------------ |
| ------------------------------ | -------------------------- | ------------------ | ------------------ | ------------------------ |
| ------------------------------ | -------------------------- | ------------------ | ------------------ | ------------------------ |

### *INSURANCE SCHEDULE*

| | Carrier | Policy # | Expiration Date | Amount of Coverage | Premium Amounts | Date Coverage Paid Through |
|---|---|---|---|---|---|---|
| Workers' Comp | _____ | _____ | _____ | $_____ | $_____ | _____ |
| General Liability | _____ | _____ | _____ | $_____ | $_____ | _____ |
| Property (Fire, Theft) | _____ | _____ | _____ | $_____ | $_____ | _____ |
| Casualty | _____ | _____ | _____ | $_____ | $_____ | _____ |
| Vehicle | _____ | _____ | _____ | $_____ | $_____ | _____ |
| Other (list): | _____ | _____ | _____ | $_____ | $_____ | _____ |
| Home Owners: | _____ | _____ | _____ | $_____ | $_____ | _____ |

### *QUARTERLY FEES SUMMARY**

| Month | Total Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|
| **PRESENT QUARTER** | | | | |
| _____ _____ | $_____ | | | |
| _____ _____ | $_____ | | | |
| | $_____ | | | |
| **TOTAL PRESENT QUARTER** | $_____ | $_____ | _____ | _____ |
| **PREVIOUS QUARTER** | | | | |
| _____ _____ | $_____ | | | |
| _____ _____ | $_____ | | | |
| | $_____ | | | |
| **TOTAL PREVIOUS QUARTER** | $_____ | $_____ | _____ | _____ |

* This Summary is to reflect the current and immediately previous Quarterly Fee information cumulative to the end of the reporting period.
** Should agree with Form 2-AB.  Disbursements are net of transfers to other Debtor-In-Possession bank accounts.

Form 2-I
Rev. 8/2/16

DEBTOR: ___CAH Acquisition Company #11___          CASE NO: ___19-22020 PJD___

**Form 2-J**
## NARRATIVE QUESTIONNAIRE STATEMENT
**For Period Ending ___February 29, 2020___**

**I.**  Has the Debtor-In-Possession made any payments on its pre-petition unsecured debt, except for that which has been so authorized by the Bankruptcy Court?

      _____ No.
      _____ Yes. Explain: _____

_____

**II.**  Has the Debtor-In-Possession during this reporting period provided compensation or other remuneration to any Officers, Directors, Principals, or Other Insiders without appropriate authorization and disclosure?

      _____ No.
      _____ Yes. Explain: _____

_____

**III.**  State what progress was made during this reporting period toward the filing of a Disclosure Statement and Plan of Reorganization or Liquidation.

_____

_____

**IV.**  Describe potential future developments which may have a significant impact on this bankruptcy case.

_____

_____

**V.**  Are all Post-Petition tax obligations currently paid or deposited?

      _____ Yes.
      _____ No. Explain.: _____

_____

**VI.**  Are all United States Trustee Quarterly Fees current?

      _____ Yes.  Last Quarter Paid: _____      Amount Paid: $ _____
      _____ No. Explain.: _____

_____

**VII.**  Did you receive any income during this reporting period, which is not set forth in the operating report?

      _____ No.
      _____ Yes. Please set forth the amount(s) and the source(s) of the income.

_____

_____

_____

Form 2-J
Rev. 8/2/16

**CASE NAME:**  CAH Acquisition Company #11        **CASE NO:**        19-22020 PJD

**Form 2-G**
**DETAILED LISTING OF RECEIPTS STATEMENT**
For Period Ending:  February 29, 2020

**CASH RECEIPTS DETAIL**                    **Account No:**
***(ONE FORM 2-G FOR EACH BANK ACCOUNT, PETTY CASH, ETC.)***
*(attach additional sheets as necessary) -- Continuation Sheet _____ of _____*

| Date | Received From (Payer) | For (Description) | $ Amount |
|------|----------------------|-------------------|----------|
|      |                      |                   | $        |
|      |                      |                   | $        |
|      |                      |                   | $        |
|      |                      |                   | $        |
|      |                      |                   | $        |
|      |                      |                   | $        |

CASE NAME: **CAH Acquisition Company #11**  CASE NO:  19-22020 PJD

### Form 2-H
### DETAILED LISTING OF DISBURSEMENTS STATEMENT
For Period Ending: February 29, 2020

**DETAIL OF DISBURSEMENTS**         Account No.:

*(USE ONE FORM 2-H FOR EACH SEPARATE BANK ACCOUNT, PETTY CASH, ETC.)*

*(attach additional sheets as necessary) -- Continuation Sheet _____ of _____*

| Date | Check No. | Paid To | In Payment of (Purpose) | Amount |
|------|-----------|---------|-------------------------|--------|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | Sub Total Disbursements this Page | $ |

**Grand Total Disbursements this Account**  $ _____ (1)

*(1) Grand Totals for each account should agree with total disbursements listed on Form 2-AB*

Form 2-H
Rev. 8/2/16

DEBTOR: CAH Acquisition Company #11    CASE NO: 19-22020-PJD

**Form 2-I**
**SUPPORTING SCHEDULES III**
**PROPERTY TRANSFER, INSURANCE COVERAGE & QUARTERLY FEES STATEMENT**
**For the Period Ending:** February 29, 2020

### TRANSFER OF PROPERTY POST-PETITION

Has any property of the Debtor been sold or otherwise transferred other than in the ordinary course of the Debtor's business?

X    NO

_____ YES, If yes, Complete the Following (Add Additional Sheets if Necessary)

| DESCRIPTION OF PROPERTY | To Whom Transferred | Transfer Date | Gross Value | Net Monies Received |
|---|---|---|---|---|
| ----------------- | ----------------- | ---------------- | --------------- | --------------------- |
| ----------------- | ----------------- | ---------------- | --------------- | --------------------- |
| ----------------- | ----------------- | ---------------- | --------------- | --------------------- |
| ----------------- | ----------------- | ---------------- | --------------- | --------------------- |

### INSURANCE SCHEDULE

| | Carrier | Policy # | Expiration Date | Amount of Coverage | Premium Amounts | Date Coverage Paid Through |
|---|---|---|---|---|---|---|
| Workers' Comp | Insurance remains same as pre-petition | _____ | _____ | $ _____ | $ _____ | _____ |
| General Liability | Insurance remains same as pre-petition | _____ | _____ | $ _____ | $ _____ | _____ |
| Property (Fire, Theft) | Insurance remains same as pre-petition | _____ | _____ | $ _____ | $ _____ | _____ |
| Casualty | Insurance remains same as pre-petition | _____ | _____ | $ _____ | $ _____ | _____ |
| Vehicle | Insurance remains same as pre-petition | _____ | _____ | $ _____ | $ _____ | _____ |
| Other (list): | Insurance remains same as pre-petition | _____ | _____ | $ _____ | $ _____ | _____ |
| Home Owners: | Insurance remains same as pre-petition | _____ | _____ | $ _____ | $ _____ | _____ |

### QUARTERLY FEES SUMMARY*

| Month | Total Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|
| **PRESENT QUARTER** | | | | |
| January | $ 1,668,664.96 | | | |
| | $ _____ | | | |
| | $ _____ | | | |
| **TOTAL PRESENT QUARTER** | $ _____ | $ _____ | _____ | _____ |
| **PREVIOUS QUARTER** | | | | |
| October | $ 895,551.93 | | | |
| November | $ 658,799.38 | | | |
| December | $ 947,859.61 | | | |
| **TOTAL PREVIOUS QUARTER** | $ _____ | $ _____ | _____ | _____ |

* This Summary is to reflect the current and immediately previous Quarterly Fee information cumulative to the end of the reporting period.
** Should agree with Form 2-AB. Disbursements are net of transfers to other Debtor-In-Possession bank accounts.

Form 2-I
Rev. 8/2/16

**DEBTOR:** CAH Acquisition Company #11          **CASE NO:** 19-22020-PJD

## Form 2-J
## NARRATIVE QUESTIONNAIRE STATEMENT
### For Period Ending February 29, 2020

**I.** Has the Debtor-In-Possession made any payments on its pre-petition unsecured debt, except for that which has been so authorized by the Bankruptcy Court?

   X       No.

             Yes.  Explain: _____

**II.** Has the Debtor-In-Possession during this reporting period provided compensation or other remuneration to any Officers, Directors, Principals, or Other Insiders without appropriate authorization and disclosure?

   X       No.

             Yes.  Explain: _____

**III.** State what progress was made during this reporting period toward the filing of a Disclosure Statement and Plan of Reorganization or Liquidation.

Debtor-in-possession (DIP) has identified potential purchasers of business. DIP has created a due diligence portal for potential buyers.

*DIP is now receiving CMS receivables. DIP expects the bidding dates will be revised within the next sixty (60) days.*

**IV.** Describe potential future developments which may have a significant impact on this bankruptcy case.

**N/A**

**V.** Are all Post-Petition tax obligations currently paid or deposited?

   X       Yes.

             No.  Explain.: _____

**VI.** Are all United States Trustee Quarterly Fees current?

   X       Yes.     Last Quarter Paid: _____          Amount Paid: $ _____

             No.  Explain.: _____

**VII.** Did you receive any income during this reporting period, which is not set forth in the operating report?

   X       No.

             Yes.  Please set forth the amount(s) and the source(s) of the income.

Form 2-J
Rev. 8/2/16